In the matter of A. S. BROWN, Receiver of the estate of Green and Weyman.

Where a receiver of partnership effects has been appointed, but he takes no goods or property which the landlord could distrain and does not hold the possession of the premises, such landlord has no right to payment of rent in preference to other creditors.

*March* 10, 1840.

*Receiver.*
*Landlord.*

GREEN and Weyman had been partners; but, on account of the misconduct of one, the other filed a bill for dissolution of the co-partnership and obtained a receiver. They had been merchants in the city of New-York, doing business at No. 213 Front street.

The landlord now presented a petition, asking that the receiver might pay him rent. This was met by the receiver denying that he had retained possession of the store; and showing that there was no property there which the receiver could or did ever take; that the only assets he received were in the shape of notes and book accounts.

Mr. *Pinckney*, for the landlord.

Mr. *E. Sandford*, for the receiver.

THE VICE-CHANCELLOR :—It does not appear that the receiver has possessed himself of any property on which the landlord had a lien or right to distrain for rent. The landlord has, therefore, no specific claim upon the funds or property in the hands of the receiver. There is no law to give the landlord a preference in this case over other creditors.

The petition must be denied, with costs to be taxed.